# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE ANGULO, | |
| Plaintiff, | Case No. 1:18-cv-02026 |
| v. | Honorable Judge Andrea R. Wood |
| SPARK ENERGY, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, MARIA GUADALUPE ANGULO ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant SPARK ENERGY with prejudice. Each party shall bear its own costs and attorney fees.

Dated: July 23, 2018

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on July 23, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

                                                                                                          */s/ Nathan C. Volheim*
                                                                                                          Nathan C. Volheim